IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $20,339.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $31,080.47 SEIZED FROM BANK OF AMERICA IN ACCOUNT NUMBERS ****0496 AND ****3995, HELD IN THE NAME OF TIMOTHY BETSCHART,<br><br>APPROXIMATELY $7,397.55 SEIZED FROM E*TRADE ACCOUNT NUMBER 35741927, OWNED BY TIMOTHY S. BETSCHART,<br><br>2012 AUDI Q5, VIN: WA1DKAFP9CA031827, CALIFORNIA LICENSE NUMBER: 7KZD901,<br><br> and<br><br>2014 AUDI RS7, VIN: WUAW2AFC1EN904271, CALIFORNIA LICENSE NUMBER: 7JNK210,<br><br>    Defendants. | 2:15-CV-02296-JAM-AC<br><br>APPLICATION AND ORDER FOR PUBLICATION |

The United States of America applies for an order of publication as follows:

1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public

1

notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The defendant assets were seized on August 6, 2015, pursuant to a state search warrant in Roseville, in Placer County, California. On September 9, 2015, U.S. Customs and Border Protection ("CBP") seized the defendant assets for civil forfeiture pursuant to a federal seizure warrant in Roseville, in Placer County, California.

4. The United States proposes that publication be made as follows:

    a. One publication;

    b. Thirty (30) consecutive days;

    c. On the official internet government forfeiture site www.forfeiture.gov;

    d. The publication is to include the following:

        (1) The Court and case number of the action;

        (2) The date of the seizure/posting;

        (3) The identity and/or description of the property seized/posted;

        (4) The name and address of the attorney for the Plaintiff;

        (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

///
///
///
///
///
///
///

(6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 11/4/15

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

DATED: November 5, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE