| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | KEVIN C. KHASIGIAN |
|   | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-CV-02296-JAM-AC |
|---|---|
| Plaintiff, | ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JANUARY 12, 2016 TO MARCH 14, 2016 |
| v. | |
| APPROXIMATELY $20,339.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $31,080.47 SEIZED FROM BANK OF AMERICA IN ACCOUNT NUMBERS ****0496 AND ****3995, HELD IN THE NAME OF TIMOTHY BETSCHART, | |
| APPROXIMATELY $7,397.55 SEIZED FROM E*TRADE ACCOUNT NUMBER 35741927, OWNED BY TIMOTHY S. BETSCHART, | |
| 2012 AUDI Q5, VIN: WA1DKAFP9CA031827, CALIFORNIA LICENSE NUMBER: 7KZD901, | |
| and | |
| 2014 AUDI RS7, VIN: WUAW2AFC1EN904271, CALIFORNIA LICENSE NUMBER: 7JNK210, | |
| Defendants. | |

Pursuant to the United States' Request to Extend the Deadline to Submit a Joint Status Report from January 12, 2016 to March 14, 2016, the Court finds that there is good cause to extend the deadline

1

United States' Request to Extend the Deadline
to Submit a Joint Status Report

1 to file a joint status report in this case from January 12, 2016 to March 14, 2016.

2      IT IS SO ORDERED.

3

4 Dated: 1/5/2016                      /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

United States' Request to Extend the Deadline
to Submit a Joint Status Report