BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $20,339.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $31,080.47 SEIZED FROM BANK OF AMERICA IN ACCOUNT NUMBERS ****0496 AND ****3995, HELD IN THE NAME OF TIMOTHY BETSCHART,<br><br>APPROXIMATELY $7,397.55 SEIZED FROM E*TRADE ACCOUNT NUMBER 35741927, OWNED BY TIMOTHY S. BETSCHART,<br><br>2012 AUDI Q5, VIN: WA1DKAFP9CA031827, CALIFORNIA LICENSE NUMBER: 7KZD901,<br><br>　and<br><br>2014 AUDI RS7, VIN: WUAW2AFC1EN904271, CALIFORNIA LICENSE NUMBER: 7JNK210,<br><br>　　　　Defendants. | 2:15-CV-02296-JAM-AC<br><br>ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM MARCH 14, 2016 TO MAY 13, 2016 |

　　　Pursuant to the United States' Request to Extend the Deadline to Submit a Joint Status Report from March 14, 2016 to May 13, 2016, the Court finds that there is good cause to extend the deadline to

1  file a joint status report in this case from March 14, 2016 to May 13, 2016.

2      IT IS SO ORDERED.

3

4  Dated:  3/11/2016                                    /s/ John A. Mendez
                                                 JOHN A. MENDEZ
                                                 United States District Judge

2

United States' Request to Extend the Deadline
to Submit a Joint Status Report