PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CV-02296-JAM-AC |
| Plaintiff, | FINAL JUDGMENT OF FORFEITURE |
| v. | |
| APPROXIMATELY $20,339.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $31,080.47 SEIZED FROM BANK OF AMERICA IN ACCOUNT NUMBERS ****0496 AND ****3995, HELD IN THE NAME OF TIMOTHY BETSCHART, | |
| APPROXIMATELY $7,397.55 SEIZED FROM E*TRADE ACCOUNT NUMBER 35741927, OWNED BY TIMOTHY S. BETSCHART, | |
| 2012 AUDI Q5, VIN: WA1DKAFP9CA031827, CALIFORNIA LICENSE NUMBER: 7KZD901, | |
| and | |
| 2014 AUDI RS7, VIN: WUAW2AFC1EN904271, CALIFORNIA LICENSE NUMBER: 7JNK210, | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil action *in rem* to forfeit to the United States the following assets:

1

      a.      Approximately $20,339.00 in U.S. Currency;
      b.      Approximately $31,080.47 seized from Bank of America in account numbers ****0496 and ****3995, held in the name of Timothy Betschart;
      c.      Approximately $7,397.55 Seized from E*Trade Account Number 35741927, owned by Timothy S. Betschart;
      d.      2012 Audi Q5, VIN: WA1DKAFP9CA031827, California License Number: 7KZD901; and
      e.      2014 Audi RS7, VIN: WUAW2AFC1EN904271, California License Number: 7JNK210.

(hereafter "defendant assets"). Defendant assets (a),(b),(d), and (e) were seized on September 17, 2015, pursuant to federal seizure warrants. Defendant asset (c) was seized on September 14, 2015, pursuant to a federal seizure warrant.

      2.      A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on November 4, 2015, alleging that said defendant assets were subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

      3.      Beginning on November 8, 2015, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on December 10, 2015.

      4.      In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:
      a.      Timothy S. Betschart;
      b.      Jacob R. Keesling;
      c.      Lacy Ybarra.

      5.      Claimant Timothy S. Betschart filed a claim alleging an interest in the defendant assets on May 10, 2016. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

      6.      The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Jacob R. Keesling and Lacy Ybarra on March 30, 2016. Pursuant to Local Rule 540, the United States and Timothy S. Betschart thus join in a request that as part of the Final Judgment of Forfeiture in this case the Court enter a default judgment against the interest, if any, of Jacob R. Keesling and Lacy Ybarra without further notice.

      7.      Claimant represents and warrants that he is the sole owner of the defendant assets. No other parties have filed a claim for the defendant assets.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. Judgment is hereby entered against claimant Timothy S. Betschart and all other potential claimants who have not filed claims in this action.

3. Upon entry of this Final Judgment of Forfeiture, all right, title, and interest of Timothy S. Betschart in the following defendant assets, together with any interest that may have accrued, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law:

   i. Approximately $20,339.00 in U.S. Currency;
   ii. Approximately $31,080.47 seized from Bank of America in account numbers ****0496 and ****3995, held in the name of Timothy Betschart;
   iii. Approximately $5,897.55 of the $7,397.55 Seized from E*Trade Account Number 35741927, owned by Timothy S. Betschart; and
   iv. 2012 Audi Q5, VIN: WA1DKAFP9CA031827, California License Number: 7KZD901.

4. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, the following assets shall be returned to claimant Timothy S. Betschart:

   i. Approximately $1,500.00 of the $7,397.55 Seized from E*Trade Account Number 35741927, owned by Timothy S. Betschart; and
   ii. 2014 Audi RS7, VIN: WUAW2AFC1EN904271, California License Number: 7JNK210.

5. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

6. Claimant waived any and all claim or right to interest that may have accrued on the defendant currency.

7. All parties are to bear their own costs and attorneys' fees.

8. The U.S. District Court for the Eastern District of California, Hon. John A. Mendez, Jr.,

1  District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

2      9.    Based upon the allegations set forth in the Complaint filed November 4, 2015, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant assets, and for the commencement and prosecution of this forfeiture action.

SO ORDERED THIS 12th day of May, 2016

/s/ John A. Mendez  
JOHN A. MENDEZ  
United States District Court Judge

4